IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR CRIMINAL COMPLAINT FOR SEAN PATRICK KEOUGHAN | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Jason Verdejo, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a criminal complaint charging Sean Patrick Keoughan with Threatening and Conveying False Information Concerning Use of an Explosive, in violation of 18 U.S.C. § 844(e).

2. I am a Special Agent with the United States Secret Service, and have been since 1999. I am assigned to the Protective Intelligence Squad, which handles investigations into, among other things, threats against the White House Complex and Secret Service protectees such as the President of the United States and his family.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. Sean Keoughan is a United States citizen who resides in Virginia. He does not work at the White House Complex in Washington, D.C., and he has no authorized business there.

5. On March 18, 2017, shortly before 10:00 p.m., an individual later identified as SEAN KEOUGHAN drove to a security check point outside of the White House, in Washington,

D.C., located near the intersection of 15th and E Streets N.W.  U.S. Secret Service Officer (USSS) Middleton, who was assigned to the security checkpoint at that location, reported that KEOUGHAN said he had a meeting with President Donald Trump.  KEOUGHAN provided his Virginia driver's license, and Officer Middleton checked the system to determine whether KEOUGHAN had a meeting.  Officer Middleton found no record that KEOUGHAN had authorization to be on the White House grounds, and he asked KEOUGHAN whether he had a point of contact.  KEOUGHAN stated that he did have a point of contact, but that he would make an appointment.  KEOUGHAN backed out and drove away southbound on 15th Street N.W.  Officer Middleton noted damage to the passenger side front headlight and front fender of the vehicle KEOUGHAN was driving.

6.  Shortly after 11:00 p.m. on that same date, USSS Officer Middleton noticed the same black Impala, with Indiana tags and damage to the front passenger side drive to the same security checkpoint located at 15th and E Streets N.W.  KEOUGHAN was again driving that vehicle.  KEOUGHAN reached the booth at the security checkpoint, got out of the vehicle, and stated words to the effect of "there's a bomb in the trunk."  Middleton drew his weapon, told KEOUGHAN to put his hands in the air, and drop what was in his hands.  KEOUGHAN then stated words to the effect of, "there's a bomb in the trunk.  This is a test."  KEOUGHAN placed his hands in the air.  Officer Middleton called for backup, and when backup arrived, KEOUGHAN was placed in handcuffs.

7.  After backup arrived, and USSS officers asked the KEOUGHAN whether he had a bomb in the trunk, and he stated that he had a very large, heavy bag in the trunk of his car with an asteroid in it.

2

8. As a result of the defendant's actions, USSS closed 15th Street N.W. to foot and vehicle traffic from F Street N.W. to Constitution Avenue N.W. from approximately 11:15 p.m. on March 18, 2017 to 3:45 a.m. on March 19, 2017.

9. USSS Agents Sanderson and Doherty responded and advised KEOUGHAN of his Miranda rights, and he waived those rights at approximately 11:45 p.m. on March 18, 2017.

10. KEOUGHAN stated that he left his home in Roanoke, VA at approximately 3:00 p.m. on March 18, 2017, in a black Chevrolet Impala. KEOUGHAN stated that he stopped in Front Royal, VA for gas, and then drove directly to the White House, where he informed the officer at the gate that he had a meeting with President Donald Trump. KEOUGHAN stated that while driving on Interstate 66 in Virginia on the date of the incident, he hit a construction zone sign at an unknown location on the Interstate. According to the KEOUGHAN, he decided to return to the White House after hitting the sign.

11. KEOUGHAN told agents that President Trump gave him the black Impala mentioned above on March 17, 2017. KEOUGHAN stated he was also give a canvas bag at that same time, which contained an asteroid. KEOUGHAN stated that President Trump told him to tell the officer there was a bomb in the trunk. According to KEOUGHAN, he was told to tell the officer that this was a drill, and that the bomb was not in fact a bomb, but it was just an asteroid.

12. KEOUGHAN stated that President Trump speaks to him telepathically. According to KEOUGHAN, the communication occurs through a process called "Think Talk," which is a process that occurs in his mind and allows him to communicate with high-level officials such as President Trump, the Secret Service, and Delta Force.

13. KEOUGHAN told agents that the asteroid was made of the heaviest metal known to man, and he stated that he obtained it from his father through a "wormhole."

14. KEOUGHAN stated that he has used "every drug," that the last drug he tried was valium approximately two weeks ago. He stated that he has received psychiatric care in the past, but that he is not currently prescribed or taking psychiatric medications. KEOUGHAN stated he has attempted suicide twice, once by doing the "world's largest shot of heroin." KEOUGHAN stated that he is not suicidal at this point in time. KEOUGHAN stated that he is a "peaceful hippie" who does not own weapons or have access to him.

15. The black Impala referenced above has been identified as an Enterprise rental car that was reported stolen on March 17, 2017, shortly after 3:00 p.m., in Roanoke, VA.

## CONCLUSION

16. For the reasons stated above, there is probable cause to believe that KEOUGHAN violated 18 U.S.C. § 844(e)

17. I declare under the penalty of perjury that the information provided above is true and correct.

Respectfully submitted,

Jason Verdejo
Special Agent
United States Secret Service

Subscribed and sworn to before me
on March 20, 2017.

THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE