UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 1:17-mj-154 |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. 1752(a)(1) |
| | : | (Entering or Remaining in Restricted |
| | : | Building or Grounds) |
| **SEAN KEOUGHAN,** | : | |
| | : | D.C. Code 22-3215(b) |
| Defendant. | : | (Unauthorized Use of a Vehicle) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about March 18, 2017, in the District of Columbia, the defendant, **SEAN KEOUGHAN**, did knowingly enter and remain in a restricted building and grounds, that is, the White House Complex and United States Department of the Treasury Building and Grounds, without lawful authority to do so.

 (**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about March 18, 2017, within the District of Columbia, **SEAN KEOUGHAN** feloniously did take, use, operate and remove one certain motor vehicle, property of Enterprise Rent-A-Car, without the consent of Enterprise Rent-A-Car, the owner of that motor vehicle.

(**Unauthorized Use of a Vehicle**, in violation of 22 D.C. Code, Section 3215 (b) (2001 ed.))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY: _____
ERIK M. KENERSON
Assistant United States Attorney
Ohio Bar No. 82960
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov